## DESIGN CABINETRY, INC., Plaintiff/Respondent,

v.

## Clifford E. SIMMONS, Defendant/Appellant.

### No. 59500.

Missouri Court of Appeals, Eastern District, Division One.

Dec. 24, 1991.

R. Andrew Beeny, Sestric, Korum & Weems, Clayton, for defendant, appellant.

Richard J. Burke, Jr., Padberg, McSweeney, Slater & Merz, St. Louis, for plaintiff, respondent.

### ORDER

PER CURIAM.

Defendant appeals the permanent injunction of the trial court enjoining him from taking possession of disputed assets or from denying possession of them to plaintiff. We affirm.

The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence and an extended opinion would have no precedential value. The parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for our order affirming the judgments pursuant to Rule 84.16(b).

## Michael FOX and Donald Uxa, Plaintiffs/Appellants,

v.

## MUNFORD, INC., d/b/a Majic Markets, Michael Towerman, Kenneth A. Goldberg, and Lenette Realty and Investment, Defendants/Respondents.

### No. 59502.

Missouri Court of Appeals, Eastern District, Division Two.

Dec. 24, 1991.

Laurence D. Mass, Rochelle Kaskowitz, St. Louis, for plaintiffs/appellants.

R.C. Wuestling, St. Louis, Robert D. Blitz, Suzanne M. Besnia, Howard S. Smotkin, St. Louis, for defendants/respondents.

### ORDER

PER CURIAM.

Plaintiffs appeal from the trial court's dismissal of (1) their intentional interference with contract count, as well as (2) their breach of fiduciary duty count.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).